FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAHN SMITH and EMILY ROSE, individually and as policyholders,<br>Plaintiff,<br>v.<br>ALLSTATE INDEMNITY COMPANY, a foreign insurance company,<br>Defendant. | No. 2:26-CV-00399-SAB<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The parties filed a Joint Notice of Settlement, ECF No. 16, on November 12, 2026. Plaintiff is represented by Ryan M. Best and Stephanie J. Olsen. Defendants are represented by Bryan J. Case and John B. McDonald.

In light of the Notice, the Court finds it appropriate to strike all pending deadlines in the above-captioned matter.

//

//

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's First Motion to Remand, ECF No. 9, is **STRICKEN**.

2. Within 45 days of the entry of this Order, the parties shall file a stipulation of dismissal or a status report indicating whether additional time is needed.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and set a case management deadline accordingly.

**DATED** this 16th day of November 2026.

Stan Bastian
Chief United States District Judge